PEOPLE *v.* RUSSELL. Appeal from Recorder's Court of Detroit, Donald S. Leonard, J. Submitted Division 1 July 6, 1971, at Grand Rapids. (Docket No. 10024.) Decided July 30, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Armand D. Bove,* for defendant on appeal.

Before: T. M. BURNS, P. J., and FITZGERALD and HOLBROOK, JJ.

PER CURIAM. The defendant was charged with possession of heroin. MCLA § 335.153 (Stat Ann 1957 Rev § 18.1123). He pled guilty to attempted possession of heroin. MCLA § 750.92 (Stat Ann 1962 Rev § 28.287). He was sentenced to a term of 1-1/2 to 5 years with a recommendation that he be referred to the Narcotic Rehabilitation Program. There was no motion for a new trial.

On appeal the defendant claims that the trial court did not elicit a substantial factual basis for the plea. We have reviewed the record and find the defendant's argument to be without merit. There was a substantial factual basis for the plea. *People* v. *Allen* (1971), 31 Mich App 183. Any question of the voluntariness of the plea not supported by the record must be first addressed to the trial court. *People* v. *Horvath* (1970), 25 Mich App 649. It is manifest that the question sought to be reviewed is so unsubstantial that no argument or formal submission is needed.

Affirmed.